IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL JERMAINE GRACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:20CV755 |
| ALAMANCE COUNTY, *et al.,* | ) ) ) |
| Defendant(s). | ) ) |

**ORDER**

This matter is before this court for review of the Order and Recommendation filed on January 16, 2024, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (ECF No. 61.) On March 12, 2024, Plaintiff filed objections to the Recommendation, (ECF No. 69).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (ECF No. 61), is **ADOPTED.**

**IT IS FURTHER ORDERED** that Defendant Alamance County's Motion for Summary Judgment, (ECF No. 33), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants Hulcher, Cross, Denny, and the Graham Police Department's Motion for Summary Judgment, (ECF No. 30), is **GRANTED, and this action is DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 13th day of May 2024.

/s/ Loretta C. Biggs
United States District Judge